```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 44576
    LYNNETTE ATWATER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9191

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/03/2004 and was confirmed 01/24/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 03/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
FIFTH THIRD MORTGAGE CO  MORTGAGE ARRE       78.40             .00          78.40
FIFTH THIRD MORTGAGE CO  CURRENT MORTG         .00             .00            .00
UNITED AUTO CREDIT       SECURED           10650.00         1526.20      10650.00
UNITED AUTO CREDIT       UNSECURED          1420.44             .00        142.04
INTERNAL REVENUE SERVICE PRIORITY           1532.51             .00       1532.51
AMERICASH LOANS LLC      UNSECURED          1648.75             .00        164.88
COMCAST                  UNSECURED         NOT FILED            .00            .00
INSTANT CASH ADVANCE     UNSECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE UNSECURED           231.37             .00         23.14
ST JAMES HOSPITAL        UNSECURED         NOT FILED            .00            .00
MUNICIPAL COLLECTION SER UNSECURED           250.00             .00         25.00
JOSEPH WROBEL            DEBTOR ATTY       1,894.00                       1,894.00
TOM VAUGHN               TRUSTEE                                            944.29
DEBTOR REFUND            REFUND                                             234.54

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              17,215.00

PRIORITY                                 1,532.51
SECURED                                 10,728.40
    INTEREST                             1,526.20
UNSECURED                                  355.06
ADMINISTRATIVE                           1,894.00
TRUSTEE COMPENSATION                       944.29
DEBTOR REFUND                              234.54
                    ---------------    ---------------
TOTALS               17,215.00           17,215.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 44576 LYNNETTE ATWATER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE